IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

David K. Burke, et al.,                          :
                                                 :
      Plaintiff(s),                          :
                                                 :    Case Number: 1:14cv132
  vs.                                           :
                                                 :    Chief Judge Susan J. Dlott
Commissioner of Social Security,                 :
                                                 :
      Defendant(s).                          :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on November 11, 2014 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 4, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion to dismiss based on plaintiff's lack of standing and this Court's lack of jurisdiction is **GRANTED.**  This case is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.

                                             ___s/Susan J. Dlott_____
                                             Chief Judge Susan J. Dlott
                                             United States District Court